FILED
SEP - 8 2019
REONA J. DALY
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NUMBER 19-MJ-4656-RJD |
| ) | |
| ) | **FILED UNDER SEAL** |
| CHARLES ALLEN SANDLIN ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, Raymond B. Hart, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### Count 1
### (Attempted Enticement of a Minor)

From on or about August 24, 2019, until on or about September 7, 2019, the defendant,

**CHARLES ALLEN SANDLIN,**

in Williamson County, Illinois, within the Southern District of Illinois, and elsewhere, using facilities of interstate commerce, that is a cellphone connected to the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in prostitution and in sexual activity under such circumstances as would constitute a criminal act under 720 ILCS 5/11-1.60(d) (Aggravated Criminal Sexual Abuse), in violation of 18 United States Code, Section 2422(b).

I further state that this complaint is based on the following facts:

## INTRODUCTION

1.  I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since 2009. I am currently assigned to the Springfield, Illinois, Division of the FBI where, for the past approximate 3 years, I have been assigned to work investigations related to violent crimes against children. Prior to this assignment, I was assigned to the Chicago, Illinois Division of the FBI for approximately 5 years where I conducted public corruption investigations. Prior to joining the FBI, I was an Assistant Commonwealth Attorney for the Commonwealth of Kentucky. In addition to a law degree, I have a Bachelor's degree in Criminal Justice. I have received law enforcement training from the FBI Academy at Quantico, Virginia. Since becoming a Special Agent, I have worked with experienced Special Agents who also investigate Child Exploitation offenses. In the performance of my duties, I have investigated and assisted in the investigation of matters involving the possession, collection, production, receipt, and/or transportation of images of child pornography and the solicitation and extortion of children to produce sexually explicit images of themselves. I have also investigated and assisted in the investigation of matters involving individuals using facilities of interstate commerce to knowingly persuade, induce, and entice minors to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense.

2.  I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423. In connection with such investigations, I have served as case agent, have been the affiant for several complaints and search warrants and I have conducted interviews of defendants and witnesses. I also have served as an undercover agent in online child pornography cases. As a federal agent, I am authorized to investigate and assist in

2

Case 4:19-cr-40082-JPG Document 1-SEALED Filed 09/08/19 Page 3 of 19 Page ID #3

the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of securing a criminal complaint and an arrest warrant, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that JAMES MICHAEL DAVIS committed violations of Title 18, United States Code, Section 2422(b).

## STATUTORY AND LEGAL AUTHORITY

4. This investigation concerns violations of Title 18, United States Code, Section 2422(b), relating to the enticement or the attempted enticement of minors to engage in prostitution or any sexual activity for which any person can be charged. Based upon my training and experience, as well as conversations with other experienced law enforcement officers and experienced federal prosecutors, I know the following:

   a. 18 U.S.C. 2422(b) prohibits using any facility or means of interstate commerce to knowingly persuade, induce, entice or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempt to do so.

   b. The internet is a facility of interstate commerce.

## BACKGROUND OF INVESTIGATION AND
## FACTS ESTABLISHING PROBABLE CAUSE

5. On approximately August 24, 2019, an FBI Undercover Employee ("UCE") was conducting an undercover investigation on the "Whisper" online chatting application. UCE was

3

Case 4:19-cr-40082-JPG Document 1-SEALED Filed 09/08/19 Page 4 of 19 Page ID #4

impersonating a 29 year old female with the Whisper profile name of "TabuMom." UCE posted an advertisement that said, "Young mom no limits. HMU."

6. On August 24, 2019, an individual who was later identified as CHARLES A. SANDLIN (hereinafter referred to as "SUBJECT") with a date of birth REDACTED initiated a conversation with UCE via Whisper. The SUBJECT's Whisper profile displayed the name "Smith_Darkness", indicated that he was between 30 and 35 years old and was approximately 11 miles from UCE's location." The SUBJECT initiated contact with the UCE by saying "Kinkiest thing you've done?" The SUBJECT then asked, "Ever masturbate with your kids underwear?" UCE indicated to the SUBJECT that she had previously engaged in oral sex with UCE's alleged 8-year-old daughter. The SUBJECT then said, "That's something I wouldn't mind seeing one day." The SUJBECT indicated that he had seen it in videos. The following conversation then occurred:

SUBJECT: I always wanted a woman to hold me against her daughter while I came.

UCE: That's would be so fucking hot!!!

SUBJECT: Then you would clean her up

UCE: Yep

UCE: Maybe we could arrange something lol

SUBJECT: Lol, Maybe

SUBJECT: Id have to meet you first

Later, SUBJECT said that he was nervous and wanted to see UCE's face. The SUBJECT expressed concerns that UCE was law enforcement. UCE then sent the SUBJECT a photograph of an FBI Confidential Human Source ("CHS"), in which CHS's face was covered by a mask. The SUBJECT agreed to send UCE a picture of himself and said, "Sorry, I'm just very nervous.

4

Both of us could end up locked up." The SUBJECT said his name was "Alan." The SUBJECT and UCE discussed the possibility of meeting in Herrin, Illinois.

7. On August 29, 2019, the SUBJECT again initiated a conversation with UCE via Whisper. The SUBJECT was now using the Whisper profile name "Hockey_Space." The SUBJECT initiated the conversation by asking, "Want someone to test your limits." The SUBJECT immediately began requesting that UCE meet with him. However, at this point, UCE was unaware that Hockey_Space was the SUBJECT utilizing a different Whisper profile. UCE told the SUBJECT that UCE was into "young." The SUBJECT then told UCE, "That's something that should definitely be talked about in person." The SUBJECT asked for UCE's name, which UCE provided the name "Bailey." The SUBJECT asked UCE for a picture to verify that UCE was real. UCE then provided the SUBJECT two pictures depicting CHS, in which CHS's face was semi-disguised. The SUBJECT then said, "Sorry, this just feels like a setup. I'm nervous as hell." The UCE, then realizing that this individual was possibly the SUBJECT, asked the SUBJECT if they had chatted previously. The SUBJECT confirmed that they had and confirmed that UCE and SUBJECT were supposed to meet in Herrin, Illinois.

8. On August 30, 2019, the conversation between UCE and the SUBJECT continued. The following conversation occurred:

SUBJECT: Would you eat your daughter while she sucks my cock?

UCE: That's a good question lol. Maybe but I won't get naked in front of you, I'd feel like I'm cheating

SUBJECT: Where would you want me to cum?

UCE: In her mouth or her stomach

SUBJECT: Would you want to see a guy rub his cock on her little pussy?

5

UCE: Yessssssss

SUBJECT: How old would you want her to be before she had sex the first time?

SUBJECT: What kind of panties does she wear?

UCE: I wish she could have sex now

UCE: She has little girl panties. Nothing special

SUBJECT: You should finger her.

SUBJET: I would love to see her little panties on her

UCE: I have lol

UCE: If your cool when we meet I'll send you some pics.

SUBJECT: Anything I can see now?

SUBJECT: How many fungers have you been able to get in her?

UCE: Not until we meet. Just want to make sure your cool.

UCE: Just 1

SUBJECT: Imagine my cock sliding up and down her slit

SUBJECT: Is she still tight at 1 finger?

UCE: Real tight

SUBJECT: Have you tried two?

UCE: No

SUBJECT: I'm hard just thinking about it.

UCE: Lol

SUBJECT: Do you have a small dild?

UCE: Sure do

UCE: Vibrator

SUBJECT: Have you thought about using it on her?

UCE: Yes I have. I'm going to soon

SUBJECT: Imagine getting her open enough to slip down on my cock

SUBJECT: Would you want to watch her ride a cock?

UCE: Yep and I will eventually

SUBJECT: Tell me where you want my cum

UCE: In her mouth or stomach

SUBJECT: No cum on her tight little pussy?

UCE: You could there to

Later, the conversation continued:

SUBJECT: So, if we were to ever do this, would we be able to do it at your house? Or would we have to find somewhere?

SUBJECT: Question, do you have any links? Or a place where i can get some?

UCE: My house and yes I do. Sorry bf is here. Its hard to chat. I can give you some videos. What do you want

SUBJECT: Cocks in little pussies

UCE: I've got that

9. On August 31, 2019, the SUBJECT again initiated a conversation with UCE via Whisper. The SUBJECT was now using the Whisper profile name "Germ_Amazing." The SUBJECT initiated the conversation by say, "Message me when your boyfriend isn't around." Again, UCE was able to confirm that this individual was still the SUBJECT when the SUBJECT confirmed that UCE and SUBJECT were supposed to meet. UCE and the SUBJECT agreed to communicate via the online chatting application Kik. The SUBJECT provided his

Case 4:19-mj-40082-JPG Document 1 SEALED Filed 09/08/19 Page 8 of 19 Page ID #8

Kik username as being "Southernsand." The SUBJECT's Kik profile name on Kik was "Chuck......"

10. On September 1, 2019, UCE and the SUBJECT continued communicating on Kik. The SUBJECT expresses his intentions to masturbate and the following conversation occurs:

SUBJECT: You have any material I can jack off to?

SUBJECT: I want to feel her lips on my cock

UCE: Like what?

SUBJECT: Anything

SUBJECT: Pictures, videos

UCE: Try pornhub

SUBJECT: Lol, not the same

UCE: I have some really young stuuf

SUBJECT: Feel her pussy lips as I slide my cock up and down her slit

SUBJECT: Have few pictures or a link?

UCE: Video files

SUBJECT: Mmmm

SUBJECT: I miss those

UCE: What age do you want

SUBJECT: What ever you have

UCE: 3 to 12 is what I have

SUBJECT: Send some around your daughters age

8

11. On September 2, 2019, UCE and the SUBJECT continued to communicate on Kik. UCE and the SUBJECT agreed to meet around lunchtime in Herrin, Illinois on September 3, 2019. Later on September 2, 2019, the SUBJECT said that he was not going to meet with UCE. The SUBJECT said, "Okay, I have to apologize. I dobt think I can do this. As much as i want to, I can't risk it. There's no way for both of us to prove we are not law enforcement. And I can't risk everything on something like that." The SUBJECT explained further, "If I could prove who you were, I'd probably be at your beck and call." The following conversation then occurred:

SUBJECT: If you send me a video, that i can actually see, I'd be there in a hurry.

SUBJECT: Want to talk on the phone tomorrow?

UCE: Would that help? If not I'm gonna move on.

SUBJECT: It would help

UCE: Ok. But if your not gonna do this lets move on. It's not supposed to be his complicated

SUBJECT: Lol, sex is always complicated. And risky sex even more so.

UCE: Doesn't have to be……..trust me

SUBJECT: Trust is earned

UCE: Not if we never meet

SUBJECT: Honestly I'm still paranoid

UCE: This is probably not for you then

SUBJECT: Can you send me a picture?

SUBJECT: An explicit picture

SUBJECT: Not of you

9

UCE: Of what

SUBJECT: You know of what.

SUBJECT: That's what I'm talking about. You ask me for specifics but you're always fairly vague.

UCE: I only have file in my thumb drive

SUBJECT: I've given you many specifics. You've given me very, very fews.

SUBJECT: You said you email them to yourself.

UCE: I DO.

SUBJECT: Do you have one in your email?

UCE: Yes

SUBJECT: Can you download it to your phone and send it to me?

UCE: I'm the one talking the risk here. I should be trying to prove your real. I could go to jail and never see mybkifs again..

UCE: I will not send you videos for nothing

SUBJECT: And I could go to prison for years and lose my family as well.

SUBJECT: We're both risking our entire lives here.

UCE: I think your just wanting me to send you shit to get off on and your not serious. This is just fantasy for you.

SUBJECT: No, it's really not.

SUBJECT: I mean, it is. But I want this to happen.

SUBJECT: I want to watch you finger yourself as she rides me.

SUBJECT: To feel her sliding up and down on my prick

10

SUBJECT: To watch you clean the cum off of her pussy as she cleans the cum off my cock.

UCE: I'll meet to talk and talk on the phone to show you I'm serious. If your not good with that I'm done.

SUBJECT: How early can you be on the phone tomorrow?

SUBJECT: I have to be at work by 730

UCE: Lunch time

SUBJECT: Okay. I'll talk to you around 1210 tomorrow

12. On September 3, 2019, the SUBJECT and CHS met in a public restaurant in Herrin, Illinois. The meeting was video and audio recorded by the CHS. During the meeting, CHS said that she was going to have her daughter for the upcoming weekend. The SUBJECT said he would like to "hang out" with them, but it could only be for "a little bit." During the conversation, the SUBJECT asked, "Have you really gone down on her?" CHS then responded by saying she did not want to talk about it inside the restaurant. While outside in the parking lot, the SUBJECT said he was "torn" because he wants to do it, but he does not want it to be a onetime thing." Based on previous conversations, the affiant knows that the SUBJECT is referring to having sexual contact with CHS's fictitious eight year old daughter. The SUBJECT also says, "Youd said you don't want to do anything. You just want to wach." CHS responded, "I just think that will be best." The SUBJECT then offered to be CHS's mechanic and repair CHS's vehicle. The SUBJECT said, "Look what labor costs are." During the meeting, an FBI surveillance team observed a multi-colored Dodge pickup truck with Illinois license plate 2090498B parked in the parking lot of the restaurant. The vehicle was registered to the SUBJECT. Also, the surveillance team observed the SUBJECT and CHS communicating in the

11

parking lot. After the meeting, the UCE and the SUBJECT continued to communicate on Kik. The SUBJECT said, "Looking forward to this weekend" and "Do you really want to watch?" The UCE responded, "Fuck yes please." The following conversation then occurred:

SUBJECT: What's the furthest she's gone?

UCE: Oral hand and fingered

SUBJECT: We might be better off doing this at your place

UCE: Ok or hotel

SUBJECT: I don't have money for one.

SUBJECT: But your place we woyld all be able to get comfortable while I wrapped her legs around my head.

SUBJECT: And if you wanted, you could record it.

UCE: That would be hot!!!!!! We can start our own collection

SUBJECT: Mmm

SUBJECT: Start with her sucking me off

SUBJECT: Build up to jer taking me full on to a creampie

SUBJECT: Maybe even watch her learn to do anal?

UCE: No you can't do anal but maybe sex if you don't hurt her

SUBJECT: I would never do anything to hurt her

SUBJECT: But I do want to taste her

SUBJECT: And leave her little slit coated in cum

SUBJECT: Has he ever been eaten from behind?

UCE: Nope

At the request of the SUBJECT, UCE and SUBJECT agreed to a telephone conversation. Later on September 3, 2019, CHS consensually recorded a telephone conversation with the SUBJECT. The SUBJECT called CHS from telephone number REDACTED. During the conversation, the SUBJECT asked, "What you think if she was on her hands and knees with me behind her, her playing with you while I ate her out?" CHS responded, "We can try. We'll have to see how it goes." The SUBJECT also asked CHS if she would dress her daughter in a "slutty" dress or skirt. The SUBEJCT then said he thought about just sitting CHS's daughter on his lap with a dress and panties on and "getting her started from there."

13. On September 5, 2019, the conversation between the SUBJECT and UCE continued on Kik. The SUBJECT and UCE agreed to meet Saturday (September 7, 2019), so the SUBJECT could engage with UCE's fictitious eight year old daughter. The following conversation then occurred:

SUBJECT: Tell me what you want to see me do to her.

UCE: I want her to suck your cock and you eat her

SUBJECT: Is that all you want to see?

SUBJECT: With mycum on her face?

UCE: Yeas please lol

SUBJECT: Will you eat her while she sucks my cock?

UCE: Will you be good to come over Saturday after dark?

UCE: Yes I will

SUBJECT: Yes

SUBJECT: I won't be able to cum with her sucking my cock.

UCE: What r u gonna tell your wife

13

SUBJECT: But I will do my best to cum in her face

SUBJECT: I'm goung to go help with a truck

UCE: Shell believe you if it's 8 at night?

SUBJECT: Yeah. I'll make something work.

SUBJECT: But one way or another, I'm going to cum on your daughter

SUBJECT: Maybe a little in

UCE: I want to see it

SUBJECT: Want to see me press the tip of my cock against her slit?

UCE: Yes

UCE: Just don't force it in

SUBJECT: I won't. Just enough to watch her lips spread as I slide it back and forth. Then press the tip in just enough to push mycum in to her.

SUBJECT: Are you goung to be home alone tonight?

UCE: I'm not

UCE: You do realize how tight an 8yo is....right? Lol

SUBJECT: Lol, no, i don't.

UCE: Let's just say your not gonna get much of it in

SUBJECT: Just the tip. Just enough to sure my cum comes running out.

SUBJECT: Bit, i do want to finger and eat her.

14. On September 6, 2019, the following conversation occurred on Kik:

SUBJECT: Do you want to take some pictures tomorrow night? No video, just pictures.

UCE: We can. You want tivtake pictures of us or me take pictures Of you two

14

SUBJECT: Lol, yes

The conversation continued further:

SUBJECT: I kinda wanna cum in her mouth, I kinda wanna ty to cum in her pussy.

SUBJECT: I know I can't get in. But the sight of gun dripping from her would be so hot.

SUBJECT: Cum

UCE: You gonna take a pic of it?

SUBJECT: Yes

SUBJECT: Maybe a short video of it happening.

UCE: You gonna use your phone?

SUBJECT: Shame i couldn't get you to clean her up

SUBJECT: Yes

UCE: How are you gonna hide it

SUBJECT: I can lock videos from view

UCE: Oh. Good

SUBJECT: A video of her slit being cleaned would be great material as well

The SUBJECT and UCE then agree to meet late morning or early afternoon on Saturday (September 7, 2019) at UCE's residence in Carterville, Illinois, so that the SUBJECT can engage in the previously discussed sexual activities with the fictitious 8-year-old girl. The SUBJECT again comments that he intends to take pictures of the SUBJECT and the UCE's fictitious daughter engaged in sexual activity. In referencing what would be a "clue" that the UCE or the SUBJECT aren't law enforcement, the SUBJECT said, "You know what else would be a clue? Some pictures of sexy 8yrolds playing with a cock." UCE responded, "Lol. Are you

gonna share with me after you take them?' The SUBJECT replied, "Absolutely." Again confirming that the SUJBECT intended to take pictures of the SUBJECT and UCE's daughter engaged in sexual activity, the following conversation occurred:

UCE: You gonna just take pics then so your face wont be in them?

SUBEJCT: You're going to stay and watch the whole time?

SUBJECT: Yes

SUBJECT: Only pics I really want ti take are going to be of my cock rubbing her pussy

Later, the following conversation occurred:

SUBJECT: Any way to watch a video together?

UCE: Tomorrow?

SUBJECT: Tonight?

UCE: Maybe. Any requests?

SUBJECT: Young sex?

UCE: I'm sure I got something you'd like. What age?

SUBJECT: 8-12

UCE: Ok. I will when I can. If no bring a thumb drive tomorrow

15. On September 7, 2019, at 5:05 a.m., SUBJECT began texting UCE from telephone number REDACTED. That initial text was not responded to until 6:58 a.m. During that subsequent texting conversation, the SUBJECT told the UCE that he had to work for a few hours and the UCE and SUBJECT then agreed to meet at around 11:00 a.m. later that morning or thereafter so that SUBJECT could engage in the sexual activities previously discussed. Thereafter, at approximately 11:38 a.m., the SUBJECT texted the UCE and

16

indicated that he was at the Wal-Mart, in Herrin, Illinois, buying candy for UCE's fictitious daughter. The SUBJECT and CHS then engaged in a telephone conversation that was consensually recorded. The SUBJECT indicated that he was currently travelling to the vicinity of CHS's residence in Carterville, Illinois near the Williamson County Public Housing Authority. At approximately 11:55a.m., an FBI surveillance team observed the SUBJECT in his Dodge pickup truck travelling on Hickory Street near the Williamson County Public Housing Authority. A traffic stop was initiated, and the SUBJECT was arrested. The SUBJECT had Gummy Bears in his vehicle with a Wal-Mart receipt, and a thumb drive in his pocket. The SUBJECT was transported to the FBI Springfield – Marion Resident Agency to be interviewed. While waiting to be transported, FBI Agents was provided his constitutional advice of rights, and the SUBJECT indicated was willing to be interviewed without an attorney present.

16. The SUBJECT was then interviewed by the affiant. The SUBJECT admitted that he had been communicating with "Bailey" on Whisper and Kik and had indicated to Bailey that he was intending to have sex with Bailey's eight year old daughter. However, the SUBJECT claimed he never intended to do have sex with Bailey's daughter, and he was only trying to determine if Bailey was really sexually abusing her daughter. If he was able to confirm that she was, the SUBJECT intended to contact law enforcement. The SUBJECT confirmed that he had communicated with Bailey through three Whisper accounts and on Kik, in which his username was "Southernsand." The SUBJECT admitted that he had requested that Bailey send him child pornography on multiple occasions, and he had encouraged Bailey to sexually abuse her daughter. The chat messages between the SUBJECT and UCE were read aloud to the SUBJECT. The SUBJECT acknowledged that the chat messages were accurate. The

SUBJECT also acknowledged, if a reasonable person reviewed the messages, the person would believe that the SUBJECT travelled to Carterville, Illinois for the purpose of engaging in sexual activity with an eight-year-old girl, and he intended to take pictures of the encounter. The SUBJECT noted that he bought Gummy Bears to help comfort the eight-year-old girl.

17. I have consulted with Assistant United States Attorney Thomas E. Leggans and I am aware that the aforementioned scenario constitutes an offense under 18 U.S.C. 2422(b). The text of section 2422(b) provides:

> (b) Whoever, using the mail or any facility or means of interstate or foreign commerce ... knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life.

The Seventh Circuit has ruled that this statutory language covers not only direct efforts by the perpetrator to persuade, induce, etc., the underage person, but that it also criminalize communication between two adults where one of the adults is purporting to be the parent or guardian of the minor child. *United States v. McMillan*, 744 F.3d 1033, 1035-36 (7th Cir. 2014). The majority of the Circuit Court of Appeals concur with *McMillan*. *See United States v. Berk*, 652 F.3d 132 (1st Cir.2011); *United States v. Douglas*, 626 F.3d 161 (2d Cir.2010) (per curiam); *United States v. Nestor*, 574 F.3d 159 (3d Cir.2009); *United States v. Caudill*, 709 F.3d 444 (5th Cir.2013); *United States v. Spurlock*, 495 F.3d 1011 (8th Cir.2007); and *United States v. Murrell*, 368 F.3d 1283 (11th Cir.2004). See also *United States v. Laureys*, 653 F.3d 27 (D.C.Cir.2011) (per curiam) (not plain error to instruct a jury that adult-to-adult communications are sufficient); *United States v. Brooks*, 60 M.J. 495 (C.A.A.F.2005) (version of § 2422(b) incorporated in the Uniform Code of Military Justice covers adult-to-adult communications).

18

## CONCLUSION

18. Based on the foregoing, I submit that there is probable cause to believe that between August 24, 2019 and September 7, 2019, CHARLES ALLEN SANDLIN, used a facility and means of interstate commerce, mainly his cellular telephone, and knowingly attempted to persuade, induce, and entice an individual who had not attainted the age of 18 years, to engage in a sexual activity for which a person could be charged in violation of 18 U.S.C. 2422(b).

Raymond B. Hart, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this

8th day of September, 2019, at Carbondale, Illinois.

United States Magistrate Judge

STEVEN D. WEINHOEFT
United States Attorney

THOMAS E. LEGGANS
Assistant United States Attorney

19