UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

CHARLES ALLEN SANDLIN,

    Defendant.

Case No. 19-cr-40082-JPG

## ORDER

This matter comes before the Court on defendant Charles Allen Sandlin's motion to authorize funds for an expert to conduct a psycho-sexual evaluation (Doc. 33), which the Court construes as a motion pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(e), for funds to obtain expert evaluation. Sandlin pled guilty to one count of attempted enticement of a minor in violation of 18 U.S.C. § 2422(b) and is awaiting sentencing, currently scheduled for August 12, 2020. He believes the findings from a psycho-sexual evaluation are necessary for his defense to aid in the Court's determination of a just and proper sentence. He seeks funds in the amount of $2,500 to pay clinical psychologist Dean L. Rosen to conduct the requested evaluation.

The Court finds that the psycho-sexual evaluation requested is necessary to Sandlin's defense and that he is financially unable to obtain it. Accordingly, the Court **GRANTS** the motion for funds (Doc. 33) and **AUTHORIZES** counsel to expend up to $2,500 for the evaluation without further approval pursuant to 18 U.S.C. § 3006A(e)(3). *See* 7 *Guide to Judiciary Policy and Procedures* § 310.20(a).

**IT IS SO ORDERED.**
**DATED:  June 17, 2020**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**